■ In the Matter of SHA-HEED RAHMAN, Petitioner, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, Respondent. [786 NYS2d 773]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Peter J. Notaro, J.], entered July 6, 2004), to review a determination of respondent. The determination found after a Tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.